■ VERNON LINDO, Appellant, v CITY OF NEW YORK, Respondent. [708 NYS2d 288] —Order, Supreme Court, New York County (Richard Braun, J.), entered March 18, 1999, which, insofar as appealed from, denied petitioner's application to serve a late notice of claim for malicious prosecution, unanimously affirmed, without costs.

The proposed claim for malicious prosecution, which alleges

that the underlying criminal prosecution against petitioner was dismissed pursuant to CPL 30.30, is patently without merit (*see, Witcher v Children's Tel. Workshop*, 187 AD2d 292; *cf., Hankins v Great Atl. & Pac. Tea Co.*, 208 AD2d 111, 115-116). Thus, permission to serve the claim late was properly refused (*see, Weiss v City of New York*, 237 AD2d 212, 213). Concur—Rubin, J. P., Andrias, Saxe, Buckley and Friedman, JJ. [*Recalled and vacated*, 277 AD2d —— (1st Dept., Nov. 16, 2000).]